**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LANGFORD JAMES, | ) | NO. CV 13-0035 AS |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| F. FOULK, | ) | |
| Respondent. | ) | |

Pursuant to the "Opinion and Order on a Petition for Writ of Habeas Corpus,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 22, 2015

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE